STATE of Missouri, Respondent,

v.

Antonio BEAVER, Appellant.

No. 72675.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 10, 1998.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Angel M. Woodruff, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

*ORDER*

PER CURIAM.

Defendant appeals after sentence on charge of robbery first degree, section 569.020 RSMo 1994. The trial court did not err in overruling motions to suppress identification testimony and did not err, plain or otherwise, in permitting a police office to testify regarding any differences in a physical description of the robber and of defendant. An extended opinion would have no precedential value. The sentence as a prior offender to run concurrent with an existing sentence is affirmed. Rule 30.25(b).

In re the MARRIAGE OF Glenda
J. CASSIDY and Michael F.
Cassidy.

Glenda J. CASSIDY,
Petitioner/Respondent,

v.

Michael F. CASSIDY,
Respondent/Appellant.

No. 72699.

Missouri Court of Appeals,
Eastern District,
Division One.

March 10, 1998.

John P. Heisserer, Cape Girardeau, for appellant.

Francis J. Siebert, Scott City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

In this domestic relations matter, the trial court granted Father's motion to modify, giving him primary physical custody of child. However, it did not award him any child support, finding the presumed child support to be unjust and inappropriate.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).